# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTREN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **RICHARD DRAKE** | § § § | **CIVIL ACTION NO. 2:23-CV-00484-JRG** |
| **VS.** | § § § | **JURY DEMANDED** |
| **ALLSTATE INDEMNITY COMPANY** | § § § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff and Defendant and informs the Court that the parties have reached a settlement of the above-referenced matter. The parties are working on closing papers and anticipate filing an agreed and/or joint motion to dismiss within sixty (60) days, or sooner. Given the pendency of the upcoming trial schedule and deadlines, the parties wanted to make the Court aware of the settlement as soon as possible.

DATE: December 1, 2023

Respectfully submitted,

HOPE & CAUSEY, P.C.

*/s/ Wesley R. Ward*

_____
Wesley R. Ward
State Bar No. 24008235
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Metro
(936) 441-4674 – Telecopier
hcdocket@hope-causey.com
**ATTORNEYS FOR DEFENDANT**

/s/ *H. Clay List* *(signed by permission)*
H. Clay List
Texas Bar No. 24133666
clist@hodgefirm.com
Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via e-file, e-mail, and/or facsimile on this the 1st day of Decemebr, 2023 to:

H. Clay List
Shaun W. Hodge
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550

/s/ *Wesley R. Ward*